**Robert C. DAVIS, Jr., Petitioner— Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent— Appellee.**

No. 06–7529.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2007.

Decided: Aug. 13, 2007.

Robert C. Davis, Jr., Appellant Pro Se. David I. Pincus, Eileen J. O'Connor, Assistant Attorneys General, Patrick J. Urda, United States Department of Justice, Tax Division, Washington, D.C., for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert C. Davis, Jr., appeals the tax court's orders: (1) determining a deficiency and related penalties with respect to his 2000 federal income tax liability and (2) denying his motion to vacate. We have reviewed the record and find no reversible error. Accordingly, we affirm on the tax court's reasoning. *Davis v. Comm'r,* Tax Ct. No. 19813–03 (U.S. Tax Ct. April 7, 2006; May 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*